UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHAEL D. JOHNSON, *et al.*, | ) )  |
| Plaintiffs, | ) CASE NO. 1:21-cv-00256 ) ) |
| v. | ) JUDGE BRIDGET MEEHAN BRENNAN ) |
| PARKER-HANNIFIN, CORPORATION, *et al.*, | ) ) **JUDGMENT ENTRY** ) |
| Defendants. | ) ) |

For the reasons stated in the Court's contemporaneously filed Memorandum Opinion and Order, the case is DISMISSED.

**IT IS SO ORDERED.**

*[signature]*

**Date**: December 4, 2023

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

1